KATHLEEN MCGOEY

VERSUS

ABC INSURANCE COMPANY AND
MY SAL L.L.C.

NO. 25-C-390

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Linda Tran
First Deputy, Clerk of Court

September 24, 2025

Linda Tran
First Deputy Clerk

**IN RE** SWEETPEA ENTERPRISES, INC. D/B/A BROOKS AND COMPANY HAIR SALON

**APPLYING FOR** SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT, PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE DONALD A. ROWAN, JR., DIVISION "L", NUMBER 848-318

Panel composed of Judges Jude G. Gravois,
Scott U. Schlegel, and Timothy S. Marcel

**WRIT DENIED**

In this matter, plaintiff, Katheen McGoey, allegedly tripped and fell on steps leading from the front porch to the parking lot outside a hair salon owned by defendant/third-party defendant, Brooks and Company Hair Salon d/b/a SweetPea Enterprises, Inc. ("SweetPea"). SweetPea leased the premises where it operates its hair salon from the property owner and third-party plaintiff/co-defendant, My Sal, L.L.C. In this writ application, SweetPea seeks supervisory review of the trial court's July 29, 2025 judgment, which denied its motion for summary judgment seeking dismissal of all claims brought against it by plaintiff and My Sal.

After a *de novo* review, we find that the trial court did not err in denying SweatPea's motion for summary judgment on the issues of 1) its liability for plaintiff's claims; and 2) whether its owes indemnity to My Sal. In opposition to SweetPea's motion, plaintiff submitted an expert affidavit from an architect, Mr.

Mitchell Wood, opining among other things, that the planters placed on the porch by SweetPea were obstructions that created an unreasonable risk of harm. SweetPea objected to the expert affidavit in its reply brief, arguing that the expert's opinions are unreliable. But SweetPea failed to file a separate motion challenging these opinions and further failed to have it heard and decided before the summary judgement hearing as now required under La. C.C.P. art. 966(D)(3) and La. C.C.P. art. 1425(F)(1).[1]

Consequently, the trial court did not err by considering the expert affidavit and determining that it created a genuine issue of material fact precluding summary judgment. This writ application is denied.

Gretna, Louisiana, this 24th day of September, 2025.

**SUS**
**JGG**
**TSM**

---

[1] In 2023, the Louisiana legislature amended Article 966(D)(3) to require that any motion filed under La. C.C.P. art. 1425(F), seeking to challenge an expert's qualifications or expert testimony as unreliable, *shall* be filed, heard, and decided prior to the hearing on the summary judgment motion:

> If a timely objection is made to an expert's qualifications or methodologies in support of or in opposition to a motion for summary judgment, any motion in accordance with Article 1425(F) to determine whether the expert is qualified or the expert's methodologies are reliable shall be filed, heard, and decided prior to the hearing on the motion for summary judgment.

Also, in 2024, the Louisiana legislature amended La. C.C.P. art. 1425(F)(1) to provide that any challenge to an expert's qualifications or reliability of the methodologies employed by an expert *shall* be filed in a pretrial motion:

> A party seeking to challenge whether a witness qualifies as an expert or whether the methodologies employed by the witness are reliable under Code of Evidence Articles 702 through 705 shall file a motion for a pretrial hearing. The motion shall be filed not later than sixty days prior to trial and shall set forth sufficient allegations showing the necessity for these determinations by the court.

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. TRAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **09/24/2025** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

## 25-C-390

### E-NOTIFIED

24th Judicial District Court (Clerk)
Honorable Donald A. Rowan, Jr. (DISTRICT JUDGE)
Hope E. Hughes (Respondent)
Frederic T. Le Clercq (Respondent)

Anne E. Medo (Respondent)
Patrick S. McGoey (Respondent)
J. Michael Nash (Relator)
Lauren E. Brisbi (Respondent)
Andrea V. Timpa (Respondent)
Alex F. Granier (Relator)

### MAILED

Matthew J. Ungarino (Relator)
Wayne R. Maldonado (Relator)
Thomas A. Budetti (Relator)
Attorney at Law
3850 North Causeway Boulevard
Suite 1280
Metairie, LA 70002

David P. Vicknair (Respondent)
Attorney at Law
909 Poydras Street
Suite 1225
New Orleans, LA 70112